This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40096

**WYOMING TERRACE LLC
d/b/a WYOMING TERRACE
MANUFACTURED HOUSING
COMMUNITY,**

Plaintiff-Appellee,

v.

**RACHELLE M. LOVETT,**

Defendant/Unknown Occupant-Appellant,

and

**JORGE TOLEDO, DWAYNE
MCKANEY, and ALL OTHER
UNKNOWN OCCUPANTS,**

Defendants.

**APPEAL FROM THE METROPOLITAN COURT OF BERNALILLO COUNTY
Jason M. Jaramillo, Metropolitan Court Judge**

Vance, Chavez & Associates, LLC
James A. Chavez
Albuquerque, NM

for Appellee

New Mexico Legal Aid, Inc.
Chris E. Garcia
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**MEDINA, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**